UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   8:24–cv–00196–MWF–DFM          Date        May 4, 2026

Title        RYAN P. WALTERS V. STATE OF CALIFORNIA ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

            Rita Sanchez                              Not Reported;
        Courtroom Deputy                            Court Reporter

    Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

        In light of the Notice of Settlement filed 4/28/26, the Court sets a hearing on Order
To Show Cause Re Dismissal for July 6, 2026 at 11:30 AM. If a stipulated dismissal is
filed prior to this date, the matter will be taken off calendar and no appearance is
needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**

                                                        Initials of Clerk:  rs