JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN P. WALTERS, an individual,<br>Plaintiff,<br>vs.<br>STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL; BRANDON URRITA, an individual; ENRIQUE AYALA, an individual; JOHN BETZ, an individual; BEAU BITER, an individual; and DOES 5 through 10, inclusive,<br>Defendants. | Case No.: 8:24-cv-00196-MWF-DFM<br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, REQUEST TO VACATE OSC RE DISMISSAL** |

The Court has considered the parties' Joint Stipulation for Request for Dismissal with Prejudice, Request to Vacate OSC Re Dismissal (the "Stipulation"). (Docket No. 75). For good cause shown, the Stipulation is GRANTED, and the Court ORDERS as follows:

1. This action is DISMISSED WITH PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. The OSC Re: Dismissal currently scheduled for August 19, 2026, at 11:30 a.m., is hereby VACATED and taken off calendar.
3. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: August 18, 2026

MICHAEL W. FITZGERALD
United States District Judge